**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 01 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KEVIN JESSIE WALKER,

            Petitioner - Appellant,

  v.

LINDA SANDERS, Warden,

            Respondent - Appellee.

No. 09-56380

D.C. No. 2:09-cv-01322-GAF

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Gary A. Feess, District Judge, Presiding

Submitted June 29, 2010[**]

Before:    ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Federal prisoner Kevin Jessie Walker appeals pro se from the district court's

judgment dismissing his 28 U.S.C. § 2241 habeas petition as moot. We have

jurisdiction under 28 U.S.C. § 2253, and we affirm the district court.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Walker contends that the district court erred by dismissing his habeas petition seeking immediate transition to a Residential Reentry Center (RRC). The record reflects that Walker is currently placed at an RRC and that his projected release date is July 16, 2010. Thus, there is no injury that can be redressed by a favorable decision, and the case is moot. *See Burnett v. Lampert*, 432 F.3d 996, 999-1001 (9th Cir. 2005); *see also Munoz v. Rowland*, 104 F.3d 1096, 1097-98 (9th Cir. 1997) (noting that, "[b]ecause Munoz has been released from the [secured housing unit], we can no longer provide him the primary relief sought in his habeas corpus petition").

**AFFIRMED.**